FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE ANNE HURTT,<br><br>    Plaintiff,<br><br>    v.<br><br>ISIDRO LEYVA JR.,<br><br>    Defendant. | No. 2:25-CV-00468-RLP<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

Before the Court is Plaintiff Christine Anne Hurtt's Motion to Voluntarily Dismiss Complaint, ECF No. 7. Defendant has not been served in this action. Accordingly, **IT IS ORDERED** that Ms. Hurtt's Motion, **ECF No. 7**, is **GRANTED**, and the Complaint is **DISMISSED WITHOUT PREJUDICE**.  //

//

//

//

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE * 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to Ms. Hurtt, and **close** the file.

DATED February 13, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE